IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHAD WILLIAM REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-88-C |
| | ) | |
| JANET DOWLING, | ) | |
| JAY DRAWBRIDGE, and | ) | |
| KELLY CURRY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on January 9, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 40) is adopted. Plaintiff's claims against Defendants in their official capacities are dismissed without prejudice. Judgment is granted to Defendants on the remaining individual and official capacity claims.

IT IS SO ORDERED this 23rd day of February, 2015.

ROBIN J. CAUTHRON
United States District Judge